NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JONATHAN F. BERNS,                    )
                                      )
          Appellant,                  )
                                      )
v.                                    )         Case No. 2D16-1946
                                      )
LAUREN FRIEDER,                       )
                                      )
          Appellee.                   )
_____)

Opinion filed March 21, 2018.

Appeal from the Circuit Court for
Hillsborough County; Frances M. Perrone,
Acting Circuit, Judge.

Allison M. Perry of Florida Appeals &
Mediations, P.A., Tampa, for Appellant.

Frank C. Miranda of Frank C. Miranda,
P.A., Tampa, for Appellee.


PER CURIAM.


          Affirmed.


KHOUZAM, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.